**FILED**
November 12, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____kkc_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**S E A L E D**

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff. § § v. § § FRANKLIN BARRETT SECHRIEST, § § Defendant. § § § | CRIMINAL NO. __1:21-mj-935-ML__ |

## MOTION TO SEAL CASE AND CRIMINAL COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States respectfully requests the Court to seal the case and all documents filed in this cause, to include the case caption, Criminal Complaint and affidavit in support thereof, arrest warrant, any attachments, motion to detain, and any additional pleadings, documents, and orders. Upon Defendant's arrest or at the time of Defendant's initial appearance, it is requested that the case and all documents filed in this cause be immediately unsealed without further order of the Court.

Respectfully submitted,

ASHLEY C. HOFF
United States Attorney

By:   */s/ Matthew Devlin*
_____
MATTHEW DEVLIN
Assistant United States Attorney