**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**FILED**
November 12, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____kkc_____
DEPUTY

**S E A L E D**

UNITED STATES OF AMERICA, §
§
Plaintiff. §
§
v. § CRIMINAL NO. 1:21-mj-935-ML
§
FRANKLIN BARRETT SECHRIEST, §
§
Defendant. §
§

## ORDER

Upon considering the Government's Motion to Seal Case and Criminal Complaint in the above styled cause, the Court finds it to be meritorious. Accordingly,

**IT IS ORDERED** that the Government's motion is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of the Court SEAL this Order, the case, and all documents filed in this cause, to include the case caption, Criminal Complaint and affidavit in support thereof, arrest warrant, any attachments, motion to detain, and any additional pleadings, documents, and orders, save for one file-stamped copy of all documents to be provided to the U.S. Attorney's Office. Upon Defendant's arrest or at the time of Defendant's initial appearance, the case and all documents filed in this cause shall be immediately unsealed without further order of the Court.

**SIGNED** this 12th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE