AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  1:21-mj-935-ML |
| FRANKLIN BARRETT SECHRIEST | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     FRANKLIN BARRETT SECHRIEST                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Arson, in violation of 18 U.S.C. § 844(i).

Date:  11/12/2021

*Issuing officer's signature*

City and state:  Austin, Texas            MARK LANE, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  11-12-2021 , and the person was arrested on *(date)*  11-12-2021
at *(city and state)*  Austin, TX          .

Date:  11-12-2021

*Arresting officer's signature*

Thomas P. Jay Jr.   SA FBI
*Printed name and title*