# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff. | § § | |
| v. | § § | CRIMINAL NO. A-21-M-935 |
| FRANKLIN BARRETT SECHRIEST, | § § § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE

Comes now Attorneys Richard Cofer and Megan Rue, and enter this Notice of Appearance as lead attorneys of record for the Defendant Franklin Barrett Sechriest.

Richard Cofer
Texas Bar No. 24065059
Megan Rue
Texas Bar No. 24110306
*Attorneys for Franklin Barrett Sechriest*
609 West 11th St., Austin, Texas, 78701
Phone: 512-200-3801
Fax: 512-727-5568
service@coferconnelly.com

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served by CM/ECF system to the following registered counsel of record and if not registered, via U.S. Mail:

Matthew Devlin
Assistant United States Attorney
United States Attorney's Office
Western District of Texas
903 San Jacinto Blvd, Suite 334
Austin, TX 78701
Email: matt.devlin@usdoj.gov

On this the 15th day of November, 2021.

Richard Cofer