# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff.** | § | |
| | § | |
| **v.** | § | CRIMINAL NO. A-21-M-935 |
| | § | |
| **FRANKLIN BARRETT SECHRIEST,** | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT'S MOTION TO CONTINUE DETENTION HEARING AND PRELIMINARY EXAMINATION

Franklin Barrett Sechriest, Defendant, through undersigned counsel, makes this Motion for Continuance and would show the Court the following:

### I.

Mr. Sechriest is charged by criminal complaint with a violation of 18 U.S.C. § 844(i), to wit: Arson. The case is scheduled for a Detention Hearing and Preliminary Examination on November 17, 2021, at 10:30 a.m.

### II.

The Motion is not made for delay. Mr. Sechriest requests a continuance of 14 days in order to exercise the right to effective assistance of counsel as guaranteed by the 6th Amendment to the United States Constitution.

### III.

The United States is not opposed to this Motion.

Mr. Sechriest respectfully requests the Court to continue this case and reset the Detention Hearing and Preliminary Examination for 14 days after November 17, 2021.

Richard L. Cofer II
Texas Bar No. 24065059
Megan Rue
Texas Bar No. 24110306
*Attorneys for Franklin Barrett Sechriest*
602 West 11th St., Austin, Texas, 78701
Phone: 512-200-3801
Fax: 512-727-5568
service@coferconnelly.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served by CM/ECF system to the following registered counsel of record and if not registered, via U.S. Mail:

Matthew Devlin
Assistant United States Attorney
United States Attorney's Office
Western District of Texas
903 San Jacinto Blvd, Suite 334
Austin, TX 78701
Email: matt.devlin@usdoj.gov

On this the 16th day of November, 2021.

Richard L. Cofer II

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff.** | § | |
| | § | |
| **v.** | § | CRIMINAL NO. A-21-M-935 |
| | § | |
| **FRANKLIN BARRETT SECHRIEST,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>ORDER</u>

Upon motion of the defendant for a continuation of the Detention Hearing and

Preliminary Examination in this case, and the Court having reviewed the facts and legal issues

surrounding said motion, this Court hereby GRANTS / DENIES said motion.

The Court orders this case to be reset to the _____ day of _____,

2021, at _____ a.m. / p.m. for a Detention Hearing and Preliminary Examination.

SIGNED this _____ day of November, 2021.


_____
United States Magistrate Judge