UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: AU:21-M-00935(1) |
| | § | |
| (1) Franklin Barrett Sechriest | § | |

**ORDER**

Before the Court is the Defendant's Unopposed Motion for Continuance (Clerk's Doc. No. 10). The Defendant was set for PRELIMINARY / DETENTION HEARING on November 17, 2021. Defendant's counsel has requested that the hearing be reset. The Government does not oppose the continuance. The Court finds good cause for this extension. ACCORDINGLY, the PRELIMINARY / DETENTION HEARING in this case is reset to November 30, 2021 at 3:00 PM.

Pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by allowing the Defendant the additional time in which to prepare outweigh the best interest of the public and the Defendant in a speedy trial, in that the failure to grant such a continuance would unreasonably deny the Defendant's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7). Thus, the Court ORDERS that the time from November 17, 2021 through November 30, 2021, be excluded under the Speedy Trial Act.

SIGNED 17th day of November, 2021.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE