UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: AU:21-M -00935(1) |
| | § | |
| (1) Franklin Barrett Sechriest | § | |

## **ORDER**

Before the Court is the Defendant's Unopposed Motion for Continuance (Clerk's Doc. No. 15). The Defendant was set for PRELIMINARY / DETENTION HEARING on November 30, 2021. Defendant's counsel has requested that the hearing be reset. The Government does not oppose the continuance. The Court finds good cause for this extension. ACCORDINGLY, the PRELIMINARY / DETENTION HEARING in this case is reset to December 15, 2021 at 10:00 AM.

SIGNED 29th day of November, 2021.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE