# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

USA §
§
vs. § NO: AU:21-M-00935(1)
§
(1) Franklin Barrett Sechriest §

## LIST OF WITNESSES

| FOR GOVERNMENT | FOR DEFENDANT |
| --- | --- |
| 1. S.A. Mark Winters - FBI | 1. Dr. Vernon Sechriest |
| 2. | 2. Dr. Maureen Burrows |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |