# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO:   AU:21-M -00935(1) |
| (1) Franklin Barrett Sechriest | § | |

## EXHIBIT LIST for DETENTION HEARING held on December 15, 2021

| Exhibit | Description | Date Admitted |
|---|---|---|
| Govt 1 | Criminal Acts - Reported Corroborated: Journal Entries | 12/15/2021 |
| Govt 2 | Criminal Acts - Not Yet Corroborated: Jounral Entries | 12/15/2021 |
| Govt 3 | Weapons: Journal Entries | 12/15/2021 |
| Govt 4 | Hate Bias: Journal Entries | 12/15/2021 |
| Govt 5 | Parent Interactions: Journal Entries | 12/15/2021 |
| Def A | Letter Dated December 14, 2021 from Russell Rice | 12/15/2021 |