**1:22CR00053 LY**

Sealed _____

Unsealed __X__

Personal Data Sheet     USAO# **2021R06584**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

RELATED CASE ____YES __X__NO
RELATED CASE NO. _____

| | | | |
|---|---|---|---|
| County: | **Travis** | **AUSTIN** Division | Judge: |
| Date: | **03-23-2022** | Mag Ct.# **A-21-M-935**   SSN: **Redacted** | FBI#: |
| Case No.: | | Assistant U. S. Attorney: | **Matthew Devlin** |
| Defendant: | **Franklin Barrett SECHRIEST** | | Date of Birth: **Redacted** |

Defendant aka: _____

Address: _____

Citizenship:     United States _____     Mexico _____     Other _____

Interpreter Needed:     Yes _____     No _____     Language _____

Defense Attorney:     **Daniel Wannamaker, Esq.**     Employed __X__

Address of Attorney: _____     Appointed _____

Defendant is:     In Jail _____     Where: _____

     On Bond _____     Amt. of Bond _____     Where: _____

Date of Arrest: _____     Bench Warrant Needed _____

Prosecution By:     Information _____     Indictment __X__

Offense (Code & Description):
Ct 1: **18 U.S.C. § 247(c) and (d)(3) – Hate Crime – Damage to Religious Property**
Ct 2: **18 U.S.C. § 844(h) – Use of Fire to Commit a Federal Felony**
Ct 3: **18 U.S.C. § 844(i) – Arson**

Offense Is:     Felony __X__     Misdemeanor _____

Maximum Sentence:
Ct. 1: **Max. 30 yrs imprisonment; $250K fine; 3 yrs TSR.**
Ct. 2: **Mandatory 10 yrs imprisonment; $250K fine; 3 yrs TSR.**
Ct. 3: **Min. 5 yrs, max. 20 yrs imprisonment; $250K fine; 3 yrs TSR.**

Penalty is Mandatory:     Yes __X__ as to SA & Cts 2 & 3 terms of imprisonment     No _____

Remarks: _____