IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
JUL 2 6 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIM. NO. 1:22-CR-053-LY |
| FRANKLIN BARRETT SECHRIEST | § § | |

## ORDER ON DETERMINATION OF COMPETENCY

Before the court is the above styled and numbered cause. On July 26, 2022, the court conducted a hearing, at which Defendant Franklin Barrett Sechriest appeared in person and all parties were represented by counsel, to determine if Defendant was mentally competent to stand trial. *See* 18 U.S.C. §§ 4241, 4247(d). Before the hearing, Defendant and his counsel, as well as counsel for the United States of America, reviewed the Forensic Evaluation Report of Just Rigsbee Ph.D., Psy. D. dated May 13, 2022, conducted at the Federal Correctional Institution, in Butner, North Carolina, ("Report"). No party objected to the Report and no party presented additional evidence, although given an opportunity to do so.

After reviewing the Report and considering the representations of counsel, the court is of the opinion and **FINDS** by a preponderance of the evidence that Defendant is mentally competent to stand trial and assist his counsel at the present time.

SIGNED this _____ day of July, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE