# UNITED STATES DISTRICT COURT
# WESTER DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **1:22-CR-00053-LY** |
| | § | |
| **FRANKLIN BARRETT SECHRIEST** | § | |

## AGREED MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now FRANKLIN BARRETT SECHRIEST, defendant herein, by and through his attorney of record in the above styled and numbered cause, and files this Agreed Motion for Continuance, and in support would show the Court as follows:

Mr. Sechriest was indicted for Damage to Religious Property, Arson and an explosive device used in the commission of a felony. This case is set for pretrial on Tuesday, November 15, 2022, and for trial on December 12, 2022. The parties have been diligently negotiating a proposed plea settlement. This case has several factors that complicate the negotiation process. Additional time is required for the parties to attempt an agreed resolution.

Counsel has been in contacted with Mr. Matt Devlin, the Assistant United States Attorney in charge of the case, who agrees with this request for additional time. Counsel requests an additional 60 days to attempt a resolution.

Matt Devlin, the Assistant United States Attorney in charge of the government case, agrees this request.

WHEREFORE PREMISES CONSIDERED, Counsel for Mr. Sechriest prays that this Honorable Court grant this motion for continuance for 60 days.

1

Respectfully submitted,

\_\_/S/_____
Daniel H. Wannamaker
Counsel for Sechriest
13809 Research Blvd., suite 500
Austin, Texas 78701
TX Bar No. 20834300
512.236.9929 office
512.233.5979 fax
dhw@wannamakerlaw.com

### CERTIFICATE OF SERVICE

I, Daniel H. Wannamaker, hereby certify that on November 9, 2022, I electronically filed the foregoing motion with the clerk for the U.S. District Court, Western District of Texas, using the electronic filing system for the court.  The electronic case filing system sent a "Notice of Electronic Filing to AUSA Matt Devlin.

\_\_\_/S/_____
Daniel H. Wannamaker

### CERTIFICATE OF CONFERENCE

I, Daniel H Wannamaker, attorney for the defendant, do hereby certify that Mark Marshall, the United States Attorney assigned to this matter agrees with this request for a continuance.

\_\_\_/s/_____

Daniel H. Wannamaker

# UNITED STATES DISTRICT COURT
# WESTER DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | **1:22-CR-00053-LY** |
| **FRANKLIN BARRETT SECHRIEST** | § § | |

## ORDER

ON THIS the _____ day of _____, 2022, the Agreed Motion for Continuance, and said motion is hereby

GRANTED/DENIED.

SIGNED November ___, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

3