**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Plaintiff.** § | |
| § | |
| **v.** § | CRIMINAL NO. A-22-CR-053 DAE |
| § | |
| **FRANKLIN BARRETT SECHRIEST,** § | |
| § | |
| **Defendant.** § | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

# EXHIBIT 1

# Criminal / Violent Acts

## Reported and Corroborated

# Dragon Journal
# 07/04/2021 to 11/09/2021
# Fire Related





# Dragon Journal
# 07/04/2021 to 11/09/2021
# Fire Related





# Dragon Journal
# 07/04/2021 to 11/09/2021
# Fire Related





# Dragon Journal
## 07/04/2021 to 11/09/2021
## Fire Related



# Dragon Journal
## 07/04/2021 to 11/09/2021
## Aggravated/Armed Robbery



# Dragon Journal
# 07/04/2021 to 11/09/2021
# Aggravated/Armed Robbery







# Dragon Journal
# 07/04/2021 to 11/09/2021
# Aggravated/Armed Robbery



# Dragon Journal
# 07/04/2021 to 11/09/2021
# Aggravated/Armed Robbery



# Dragon Journal
## 07/04/2021 to 11/09/2021
## Aggravated/Armed Robbery





# Dragon Journal
# 07/04/2021 to 11/09/2021
# Aggravated/Armed Robbery





# Dragon Journal
# 07/04/2021 to 11/09/2021
# Aggravated/Armed Robbery





# Dragon Journal
## 07/04/2021 to 11/09/2021
## Vandalism to Freemason Lodges



# Dragon Journal
# 07/04/2021 to 11/09/2021
# Vandalism to Freemason Lodges



# Dragon Journal
## 07/04/2021 to 11/09/2021
## Vandalism to Freemason Lodges



# Dragon Journal
## 07/04/2021 to 11/09/2021
## Vandalism to Freemason Lodges



# Little Black Book Journal
# No date range specified
# Vandalism to Freemason Lodges



Sech 001079 LBBJ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | CRIMINAL NO. A-22-CR-053 DAE |
| | § | |
| FRANKLIN BARRETT SECHRIEST, | § | |
| | § | |
| Defendant. | § | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

# EXHIBIT 2

# Armed Robbery – Sept 2021

9/8/21



Sech 000126 DRGJ

9/9/21



Sech 000127 DRGJ

9/10&11/21

9/10/21



Sech 000130 DRGJ



Sech 000131 DRGJ

2

## 9/12/21



Sech 000134 DRGJ

TELEGRAM POST: 12 September 2021 23:17  I've never raped anyone, armed robbery is more my speed.

TELEGRAM POST: 13 September 2021 12:39  Hypothetically say I have some stolen credit cards, what should I do with them?

TELEGRAM POST: 13 September 2021 12:41  I guess I'll just use them to buy gas until they get shut off

## 9/29/21



Sech 000168 DRGJ

10/6/21

- watch - change into gear, drive around
- shitty looking kt vids for trouble
- and wondered buy stuff with stolen credit cards, realize why I'm not obsessed lost my actual amex
- invite mom over, watch jojo
- sleep

Sech 000182 DRGJ

10/8/21



- drive all over town to get all necessary items, steal some and use stolen cards for others, save money at any cost so hard that it gives me a rock hard cock
- return home
- eat food

Sech 000186 DRGJ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| v. | § | CRIMINAL NO. A-22-CR-053 DAE |
| | § | |
| FRANKLIN BARRETT SECHRIEST, | § | |
| | § | |
| Defendant. | § | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

# EXHIBIT 3

# Criminal / Violent Acts

## Not Yet Corroborated

# Dragon Journal
# 07/04/2021 to 11/09/2021



# Dragon Journal
# 07/04/2021 to 11/09/2021





# Dragon Journal
## 07/04/2021 to 11/09/2021



# Dragon Journal
# 07/04/2021 to 11/09/2021



# Dragon Journal
# 07/04/2021 to 11/09/2021





# Dragon Journal
## 07/04/2021 to 11/09/2021





# Dragon Journal
## 07/04/2021 to 11/09/2021





# Dragon Journal
# 07/04/2021 to 11/09/2021





# Dragon Journal
# 07/04/2021 to 11/09/2021





# Dragon Journal
# 07/04/2021 to 11/09/2021







# Dragon Journal
# 07/04/2021 to 11/09/2021





**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff.** | § | |
| | § | |
| **v.** | § | CRIMINAL NO. A-22-CR-053 DAE |
| | § | |
| **FRANKLIN BARRETT SECHRIEST,** | § | |
| | § | |
| **Defendant.** | § | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

# EXHIBIT 4

# Weapons

Egypt Journal
3/10/2019 to 9/11/2019

May 3, 2019



- went home
- bought swords
- parents went to chevy's
- got new roku
- watched sugar documentary
- did internet stuff
- went to sleep

Sech 000291 EGYJ

Monday, May 6, 2019
- woke up
- went to school
turned in bad art
- learned about galaxies
- got into a fist fight kissing smith
- reported the aggressor
- did health final
- decided to bring track out next day
- went home
- got sword and laser
- was on SB all day running T.W.B
- went to sleep

-dad won't I won't I
deesn't know me
was by brightly
pony

Tuesday, May 7, 2019
- woke up
- wore trenchcoat to school
- got into fist fight at S.F
- learned of "GPS" betrayal
- went home
- sharpened swords for an hour
- learned about North Korea
- learned about best incest
- went to sleep

Sech 000293 EGYJ

2

## Egypt Journal
## 3/10/2019 to 9/11/2019





Burnt Pages Journal
9/12/2019 to 5/2020





# Rock Journal
## 5/17/2020 to 8/12/2020



Sech 000503 ROCJ

## Rock Journal
## 5/17/2020 to 8/12/2020



- go shoot guns at the stock and barrel and learn that a shotgun would dislocate moms shoulder

- Try to work out but get one-shot by snore dragon

- Lose all my items on minewind

- be sad about rioters getting C.O.P.s cancelled

- Panic over boogaloo and buy body armor
- Sleep

Friday June 12th

- wake up
- have horrible NECK sprain due to recoil from Shotgun
- shoot a crossbow and watch X-Files

Sech 000515 ROCJ

- Play with chain whips and MACE. End up hitting myself a lot and having nose explode on my hand
- Get ice to stop my hand from burning
- work on gm post
- play minewind
- stay up late watching shad iversity

- sleep

Tuesday June 16th

- wake up
- spend all day playing Fallout 4 and briefly work on gm post
- eat protein bar
- do nothing else of note

Sech 000519 ROCJ

## Rock Journal
## 5/17/2020 to 8/12/2020



## Rock Journal
## 5/17/2020 to 8/12/2020





## 6inch Journal
## 8/17/2020 to 12/17/2020







## 6inch Journal
## 8/17/2020 to 12/17/2020



Gorilla Journal
12/18/2020 to 07/03/2021



Tuesday: Febuary 23rd, 2021
☆☆☆☆★

- wake up, log some really weird dreams

- write my entire anthropology paper on Papua new guinea

- based on my dream, decide to by a rifle at stock and barrel (and what I learned at gorilla. That is 18 year olds can by guns)

- meet some really cool people in the process. one (Troy) gives me some of his spare ammo since it was my first gun purchase.

Sech 000916 GORJ

## Gorilla Journal
## 12/18/2020 to 07/03/2021



Saturday: April 3rd 2021
☆☆☆★★

- wake up with no
  clothes, log dream

- acquire clothes
- Fill out guard forms
- blow off homework
- argue with mom

- go to the UPS office with
  mom to notarize university
  forms

- go out again to a sporting
  goods store, buy a gift for
  mom and a rifle scope, bring
  mom back later and get fishing
  supplies, and show mom boat?

Sech 000965 GORJ



Friday: April 9th: ☆★★★★
2021

- wake up, log dream
- do a butt-load of
  Spanish homework
- watch even more JoJo

- eat more donuts
- shower
- get into a shooting match with mom
- get oil changed at Jiffy lube
- practice with rifle at Lone Star
  gun range
- attempt to go home
- Crash my car
  in a ditch
- Get the sheriff to call in
  ^ tow truck

Gorilla Journal
12/18/2020 to 07/03/2021



13

## Gorilla Journal
## 12/18/2020 to 07/03/2021







Gorilla Journal
12/18/2020 to 07/03/2021

Tuesday:   June 22nd, 2021
☆☆☆★★

← wake up, log dream
← play starbound and
chat with Vikings

— Drive around Looking
For a good price
on an AR-15. Finally
Find one but I learn that
model is legally a handgun
and I can't buy it

— Eat at wild wings

— Go home

— play more Starbound,
complete "Delta Freya II"

— Find a Bearded Dragon
running around on the
Street, try to Find its owner
to no avail

Sech 001059 GORJ

Sunday: June 27th, 2021
☆☆☆★★

— wake up

— Join state guard meeting.
— one guy plays sex noises

— send email and send it again when
it doesn't go through.

— go to range to Test pepper gun,
they don't let me buy an
AR-15 (?) buy an
while there   at rock bottom price

— go to pick up mom, try to
get lost pepperball out of car, tail
— Fight with mom along
the whole way

— read "the comingrace"
— and eat calamary

— buy new pump snap at gamestop, get
military discount

Sech 001066 GORJ



Monday: June 28th, 2021
☆☆☆★★

— wake up

— play WoW          — pay
                     speeding
— read aastro book   ticket

— meditate with mom

— go to the range
and practice with my
new assault rifle, shoot
— eat at wild wings

— go home. post on /x/

Sech 001067 GORJ

Dragon Journal
07/04/2021 to 11/09/2021







## Dragon Journal
## 07/04/2021 to 11/09/2021





Dragon Journal
07/04/2021 to 11/09/2021





18

# Dragon Journal
## 07/04/2021 to 11/09/2021



Dragon Journal
07/04/2021 to 11/09/2021



Sech 000156 DRGJ

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff.** | § | |
| | § | |
| **v.** | § | CRIMINAL NO. A-22-CR-053 DAE |
| | § | |
| **FRANKLIN BARRETT SECHRIEST,** | § | |
| | § | |
| **Defendant.** | § | |

**<u>GOVERNMENT'S SENTENCING MEMORANDUM</u>**

# EXHIBIT 5

# Expressions of Hate and Bias

# Egypt Journal
## 3/10/2019 to 9/11/2019



...istory was canceled
Listened to a third-hand speech
about the holocaust and "hate"

~~[scribbled out]~~

– Sat next to Dasha during speech. She twitced a lot

– timed her while she texted

Sech 000277 EGYJ

– Went home
– had a long talk with mom about Jews controlling the media
– the speech was very counter productive
– Finished season 1 of "The Tick"
– went on SB for the first time in weeks
– watched texting Fail compilations
– went to sleep

Saturday, April 13 2019 ✗✗✗✗✗

– woken up by mom
– wrote down yesterdays notes because I forgot
– Played Skyrim
– spent hours trying to build mini-scuba tank.
– realized that the video was Fake
– built it anyway
– played more Skyrim
– uploaded unproofread SB chapter

Sech 000278 EGYJ

2

# Egypt Journal
## 3/10/2019 to 9/11/2019



- that won't work again,
- out of Favors

- Got sent home because
  of black people have be
  feelings
- other guy got suspended
  I just get half-suspended
- had nose bleed in the office for
- Go home
- argue with parents for
  an hour

- finished whole day's
  school work in ten minut
- procrastinated for several

- paced around house in
  trench coat while listening
  to pumped up kicks to
  ease stress

- went to sleep

Thursday: April 18
2019

- woke up
- went to school
- Met the Gowler girl

Sech 000282 EGYJ



...friends then I met the retard
- Gal PAL Alert: Avoid at all
  costs - acc...
- said something racist to violent hate

Sech 000280 EGYJ

3

# Egypt Journal
## 3/10/2019 to 9/11/2019

Wednesday, May 15 2019

- woke up   - brought knife
- went to school
- a bunch of people brought
  stuff for senior pranks
- didn't do much
- Listened to a speaker on
  mental health
- went home
  went back out to holocaust
  survivor's speech. recorded it
  got a book signed.
  They do control the media

Sech 000297 EGYJ

Wednesday, August 14

- got about an hour of sleep
- woke up
- drove to the movie theater
  and nearly crashed
- watched The Angry birds
  Movie
- no racism or post-credits
  scene
- drove home
- watched "The Man in the High
  Castle"
- gm'd   - was lazy for the
  rest of the day.
- went to sleep

Thursday, August 15 20

- woke up
- flailed around for an hour
- played FTL
- worked out at lifetime
- GM'd
- learned about how armenians
  are constantly suffering
- learned why Jews cause
  ALL the suffering
- Am conflicted between
  loving Dr. Wexler and fitting in
  with my fellow villains.
- GM'd
- went to sleep

Sech 000350 EGYJ

4

# Burnt Pages Journal
## 9/12/2019 to 5/2020



Sech 000607 BURJ



Sech 000630 BURJ

Burnt Pages Journal
9/12/2019 to 5/2020



Sech 000736 BURJ



Sech 000713 BURJ

6

Burnt Pages Journal
9/12/2019 to 5/2020





Burnt Pages Journal
9/12/2019 to 5/2020







Burnt Pages Journal
9/12/2019 to 5/2020

# Burnt Pages Journal
## 9/12/2019 to 5/2020



Sech 000830 BURJ

# Rock Journal
## 5/17/2020 to 8/12/2020





# Rock Journal
## 5/17/2020 to 8/12/2020



# 6inch Journal
## 8/17/2020 to 12/17/2020



Gorilla Journal
12/18/2020 to 07/03/2021



# Dragon Journal
## 07/04/2021 to 11/09/2021



Sech 000003 DRGJ

Translation:   "FUC NIGGERS"

Dragon Journal
07/04/2021 to 11/09/2021

- Name is Sam, befriend her.
Similar interests, talk about
geography, weird stories, archeology,
weird families and JoJo
for the entire "Class"
- recieve a hug from an actual
woman

— TFW you made it

- not white though sadly

~~xxxx~~ — mom brings
food

- nap   - get cash from
          mom
- Drive all the way   - drive
to a dave and busters in      around
austin, food sucks, service   downtown
sucks, read are textbooks
- consider armed robbery

Sech 000127 DRGJ



- Steel myself for the deed
        update if I got away:
- Mug a bunch of nignogs
- cop drives by as I am doing it
  and somehow doesn't notice
- run away with a fun amount of
  loot

Sech 000130 DRGJ

16

Dragon Journal
07/04/2021 to 11/09/2021



**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff.** | § | |
| | § | |
| **v.** | § | CRIMINAL NO. A-22-CR-053 DAE |
| | § | |
| **FRANKLIN BARRETT SECHRIEST,** | § | |
| | § | |
| **Defendant.** | § | |

**GOVERNMENT'S SENTENCING MEMORANDUM**

# EXHIBIT 6

# Manipulative Behavior
# and
# Lack of Remorse

# Manipulative Behavior



Sech 000308 EGYJ



Sech 000651 BURJ



- switched entrepreneurship to peak preformance with tou
snitched on people

- went home

- wrote GM post for TWP

- Joined KiwiFarms

- ~~Learned about~~ ~~~~
(unintentionally)
got into religious argument with dad, won

- Going to have to meet with the dian

- went to sleep

***** *****!
Wednesday: April 17

- woke up

- went to school

- ended up being held in detention for 2 hours

- while Dean dealt with a suspected pedophile who was planning murder and a guy who didn't actually go to the school but had just shown up one day.

- Narrowly weaseled my way out of suspension

Sech 000281 EGYJ



- That won't work again
- Out of Favors

- Got sent home because of black people have feelings
- Other guy got suspended
- I Just get half-suspended
- had nose bleed in the office for
- Go home
- argue with parents for an hour

- Finished whole day's school work in ten minutes
- procrastinated for several hours

- paced around house in trench coat while listening to pumped up kicks to ease stress
- went to sleep

Thursday: April 18
2019

- woke up
- went to school
- met the bowler girl

Sech 000282 EGYJ



★★★★★ Tuesday: October 22
2019

- woke up
- went to school

- watched a video on
Iran being based
- Got caught cheating, will
definitely do it again
-destroyed
- went home   most of Flotsam

- GM'd
- internet stuff
- Did homework
- pretended to be an abused catgirl
- pretended to mutate
- went to sleep

Sech 000615 BURJ



Planned to cheat on spanish
test
- went to sleep

★★★★★ Wednesday: October 30

- woke up
- went to school
- hacked the mainframe
- day was mostly Normal
- aced test
- cheated on spanish test
- went home      - made Twp
- carved a pumpkin   gn post
- prepared to cheat again
- blew up halloween balloons
- watched "the Exorcist" late at night
- went to sleep

Sech 000623 BURJ



Sech 000822 BURJ

# Lack of Remorse

I would dedicate something to Beth Israel, but honestly them and the ADL can rot in hell for buying OFF my first lawyer and

COI=Conflict of Interest →

causing the COI that got me in here for 3 months. As long as the FBI shows so little mercy to kids like me and groups like the ADL egg them on, the groups involved will only have more "injustices" to draw in new cannon fodder, as they did to me. Final Note,

to a head. I'm sorry to have my mistake hurt, but mostly to my parents whose kid is Now dead. Not so much to the people who paid my first lawyer to throw my case. I'm snitching on the AFA in the hope someone believes me

willing to say yes. I know it's what he will do, because it's convenient. No appointed official would ever be willing to release a "racist antisemite" such as myself, regardless of the facts, simply because it is politically fashionable, but convenience is the big thing. My whole life, people have tricked,

can't see legoland again. Above all I'm sorry for those awful journals. If I'd stopped writing like I'd wanted to I maybe could have made bail, but I couldn't. I don't no why, I'm just so sorry for failing you