**FILED**

United States District Court
Western District of Texas
Austin Division

June 06, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| United States of America,<br>    Plaintiff, | BY: _____ ps _____ <br>                                    DEPUTY |
| v. | Case No. 1:22-CR-00053-DAE(1) |
| Franklin Barrett Sechriest,<br>    Defendant, | |
| and | |
| Texas Regional Bank,<br>    Garnishee. | |

## Order Unsealing Documents

The United States of America has moved to unseal previously filed documents. The Court finds that there is no longer a need to seal documents because the garnishee has been noticed with the writ.  The Court therefore grants the motion and orders that previously sealed documents filed in the garnishment proceeding be unsealed:

- • Motion to Seal Documents;
- • Order Sealing Documents;
- • Notice of Appearance;
- • Application for Writ of Garnishment;
- • Order for Issuance of Writ of Garnishment;
- • Writ of Garnishment;
- • Clerk's Notice of Post-Judgment Garnishment; and
- • Any other document filed under seal in this garnishment proceeding.

IT IS SO ORDERED.

DATED: ___06/06/2025___

_____
DAVID EZRA
SENIOR UNITED STATES DISTRICT JUDGE