United States District Court
Western District of Texas
Austin Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>v.<br><br>Franklin Barrett Sechriest,<br>    Defendant,<br><br>and<br><br>Texas Regional Bank,<br>    Garnishee. | Case No. 1:22-CR-00053-DAE(1) |

**Notice of Final Accounting
and Termination of Writ of Garnishment**

Pursuant to 28 U.S.C. § 3205(c)(9), Plaintiff United States of America hereby reports as follows on the garnishment of funds in which Defendant Franklin Barrett Sechriest, had a non-exempt property interest and which were in the possession, custody, or control of Garnishee Texas Regional Bank:

Pursuant to the Court's Final Order of Garnishment (Doc. No. 122), the Garnishee transmitted funds in the amount of $6,344.56 to the United States Attorney's Office for application to Defendant's debt.  The amount transmitted was the full amount in the Garnishee's possession. The United States Attorney's Office has accounted for the funds and transmitted them to the United States District Clerk for payment on the debt.

Additionally, Plaintiff informs the Court that the writ of garnishment against Garnishee Texas Regional Bank issued on November 19, 2024 (Doc. No. 106) has terminated pursuant to 28 U.S.C. § 3205(c)(10)(B) as the Garnishee has exhausted the property in its possession as explained above.

        Respectfully submitted,

        JUSTIN R. SIMMONS
        UNITED STATES ATTORNEY

By:  /s/ *Steven E. Seward*
      **STEVEN E. SEWARD**
      Assistant United States Attorney
      Florida Bar No. 29546
      601 N.W. Loop 410, Suite 600
      San Antonio, Texas 78216
      Telephone: (210) 384-7259
      Facsimile:  (210) 384-7247
      E-mail: Steven.Seward@usdoj.gov

## Certificate of Service

    I hereby certify that on July 23, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Texas Regional Bank
c/o Michael A. McGurk, Esq
1506 S. Lone Star Way, Suite 10
Edinburg, Texas 78539
***Attorney for Garnishee***

Franklin Barrett Sechriest
Reg. No. 74266-509
USP Tucson
P.O. Box 24550
Tucson, Arizona 85734
***Defendant***

        /s/ *Steven E. Seward*
        **STEVEN E. SEWARD**
        Assistant United States Attorney